UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

OPEN DOOR CAPITAL, LLC,

    Plaintiff,

v.                                      No. 6:22-CV-015-H

SANDELL STARDUST PARK LLC, et al.,

    Defendants.

## ORDER

Before the Court is plaintiff Open Door Capital, LLC's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which dismisses the case with prejudice. Dkt. No. 10. Because defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action with prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorney's fees.

So ordered on May 9, 2022.

                                                                     _____
                                                                     JAMES WESLEY HENDRIX
                                                                     UNITED STATES DISTRICT JUDGE